UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMIE DINICOLA,

        Plaintiff,

v.                                          Case No. 8:19-cv-500-T-33SPF

UNITED OF OMAHA LIFE INSURANCE COMPANY,

        Defendant.
_____/

**ORDER APPOINTING MEDIATOR**

Pursuant to the Unopposed Motion for Leave of Court to Reschedule Mediation (Doc. # 17) and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **appointed** by the Court to serve as Mediator in this action:

    **Name of Mediator**:    Jack Townsend, Esq.
    **Address**:                 6408 E. Fowler Avenue
                                   Tampa, Florida 33617
    **Telephone**:             (813) 914-7363

By agreement of the parties, the mediation conference is scheduled for **July 22, 2019**, at **9:00 AM** at the office of the mediator stated above. The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow

mediation by telephone or video conference.  Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>16th</u> day of May, 2019.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE